| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Urban Red LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alex Frank 646 Cookman Ave. #1 Asbury Park, NJ 07712 | | | | | | $58,964.00 |
| Alliance Investments Management LLC 4801 Glenwood Ave. Suite 200 Raleigh, NC 27612 | | | | | | $58,494.00 |
| Berkley Management Protection 433 S. Main Street Suite 300 West Hartford, CT 06110 | | | | | | $2,026.00 |
| Carol Jenson Consulting, LLC 891 Ashton Park Way Mount Juliet, TN 37122 | | | | | | $1,500.00 |
| CROV Technologies Limited 164 Topaz Block Park View City, Lahore 54000 Pakistan | | | | | | $940.00 |
| Foshan Shenzhou Yuye Housewares Co., Ltd Xiajiao Zone Danzao Town, Nanhai Area Foshan City Guangdong, China | | | | | | $19,561.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Urban Red LLC | | Case number *(if known)* | |
|--------|---------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nectar Consulting 40 E. Montgomery Avenue Ardmore, PA 19003 | | | | | | $6,750.00 |
| Rebiz LLC 1925 St. Clair Ave. NE Cleveland, OH 44114 | | | | | | $2,900.00 |
| SZone Group Co. Limited Xiajiao Zone,Danzao Town Nanhai Area,Foshan City Guangdong ,China | | | | | | $5,214.00 |
| Techub Coworking SMC Ltd. Commercial Lane 585, Block H3 Johar Town LAHORE PUNJAB 54000 Pakistan | | | | | | $770.00 |
| Will Crowthers 7865 James Island Trail Jacksonville, FL 32256 | | | | | | $4,625.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy