# United States Bankruptcy Court
## District of Delaware

In re    Urban Red LLC

            Debtor(s)

Case No.                       

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Urban Red LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Emergent Partners 1 LLC
502 E. Creek Ct.
Vienna, VA 22180

☐ None [*Check if applicable*]

| | |
|---|---|
| March 1, 2026 | /s/ Maria Aprile Sawczuk |
| Date | Maria Aprile Sawczuk |
| | Signature of Attorney or Litigant |
| | Counsel for    Urban Red LLC |
| | Goldstein & McClintock LLLP |
| | 501 Silverside Road, Suite 65 |
| | Wilmington, DE 19809 |
| | (302) 444-6710  Fax:(302) 444-6709 |
| | marias@goldmclaw.com |