# United States Bankruptcy Court
## District of Delaware

In re    Urban Red LLC

Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 1, 2026

/s/ Albert Kirchhein

Albert Kirchhein/Chief Restructuring Officer
Signer/Title

Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

8 The Green
Suite R
Dover, DE 19901


Maria Aprile Sawczuk
501 Silverside Road, Suite 65
Wilmington, DE 19809


Alex Frank
646 Cookman Ave.
1
Asbury Park, NJ 07712


Alliance Investments Management LLC
4801 Glenwood Ave.
Suite 200
Raleigh, NC 27612


Berkley Management Protection
433 S. Main Street
Suite 300
West Hartford, CT 06110


Carol Jenson Consulting, LLC
891 Ashton Park Way
Mount Juliet, TN 37122


CROV Technologies Limited
164 Topaz Block
Park View City, Lahore 54000 Pakistan


Foshan Shenzhou Yuye Housewares Co., Ltd
Xiajiao Zone Danzao Town, Nanhai Area
Foshan City Guangdong, China


Nectar Consulting
40 E. Montgomery Avenue
Ardmore, PA 19003


Rebiz LLC
1925 St. Clair Ave. NE
Cleveland, OH 44114


SZone Group Co. Limited
Xiajiao Zone,Danzao Town
Nanhai Area,Foshan City  Guangdong ,Chin


Techub Coworking SMC Ltd.
Commercial Lane 585, Block H3
Johar Town LAHORE  PUNJAB 54000 Pakistan


Will Crowthers
7865 James Island Trail
Jacksonville, FL 32256