# Exhibit to Number 17 of the Chapter 11 Filing

## URBAN RED LLC

## CONSENT TO ACTION WITHOUT MEETING

(Board of Managers)

This <u>Consent to Action Without Meeting</u> (this "Consent") is made and executed as of <u>January 18, 2026</u> (the **"Effective Time"**) by the undersigned (each, a **"Manager"**) of Urban Red LLC, a Delaware limited liability company (the **"Company"**), pursuant to the Company's Limited Liability Company Operating Agreement dated as of March 28, 2023 (the **"Operating Agreement"**) and the Delaware Limited Liability Company Act, as amended (the "Act").

### 1. Authority; No Meeting

The Managers make up the Board of Managers authorized to approve the actions set forth in this Consent. This Consent is adopted and approved without a meeting pursuant to: (a) Section 5.5.12 of the Operating Agreement (action by the Board of Managers without a meeting by written consent of  seventy-five percent (75%) of all Managers), and (b) Section 5.5.12 of the Operating Agreement (action by the Class A Managers without a meeting by unanimous written consent of all Class A Managers).  In addition, the sole member of the Company has provided its approval of this Consent.

### 2. Recitals

WHEREAS, the Managers have determined that it is advisable and in the best interests of the Company to approve the actions and resolutions set forth below; and

WHEREAS, the Managers desire to authorize the Company and its authorized representatives to take all actions necessary or advisable to implement the resolutions below.

### 3. Resolutions

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Managers, it is desirable and in the best interest of the Company, its creditors, members, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), Subchapter V, in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*");

RESOLVED FURTHER, that Albert Kirchhein and AK Restructuring LLC shall be, and hereby is, employed as Chief Restructuring Officer for the company in the Company's chapter 11 case and Albert Kirchhein shall serve as the Authorized Representative (the "*Authorized Representative")* for the Company for all matters involved in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Representative shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Representative may deem necessary, proper, or desirable in connection with the Petition, including any supporting declarations;

RESOLVED FURTHER, that the Authorized Representative is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Representative, and any employees or agents (including counsel) designated by or directed by such Authorized Representative, shall be, and each hereby is, authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions as, in the judgment of such Authorized Representative, shall be necessary, proper, and desirable (i) to prosecute to a successful completion the Company's chapter 11 case, (ii) to effectuate the restructuring of the Company's debt and other obligations, organizational form and structure, and ownership of the Company and its assets, consistent with the foregoing resolutions, and (iii) to carry out and put into effect the purposes of and the transactions contemplated by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Representative or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

**THE BOARD OF MANAGERS (URBAN RED LLC)**

Signed by:

*Farooq Cheema*

20025AD22CC1450...

Farooq Cheema (Manager)

Signed by:

*Muhammad Hussain*

49B963ACE0A140D...

Muhammad Hussain (Manager)

**With Consent:**
**Emergent 1 Partners LLC (Sole Class A Member of the Company)**

Signed by:

By *Farooq Cheema*

20025AD22CC1450...

Name: Farooq Cheema
Position: Manager