## <u>Exhibit A</u>

## Organization Chart

