**Exhibit B**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Urban Red LLC, | ) | Case No. 26-10283-KBO |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE OF
AFFILIATED CASE TO THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA**

Upon Consideration of the motion (the "Motion") of Endgame Holdings, LLC ("Endgame") to transfer venue of this case to the United States Bankruptcy Court for the Eastern District of North Carolina, pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014, after due notice and a hearing; and the Court having found that (i) the relief requested in the Motion is in the interest of justice and/or for the convenience of the parties pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014, (ii) the Eastern District of North Carolina is the appropriate venue for administration of this affiliated case, and (iii) good and sufficient cause exists for the relief granted herein;

It is hereby ORDERED that:

1) The Motion is GRANTED as set forth herein;

2) The venue of the above-captioned case is transferred to the United States Bankruptcy Court for the Eastern District of North Carolina;

3) The Clerk of the Court shall promptly transfer the case file and all dockets, pleadings, and claims registers to the Clerk of the United States Bankruptcy Court for the Eastern District of North Carolina;

4) All deadlines in this case are tolled until further order of the transferee court;

5)      This Court shall retain limited jurisdiction solely to resolve any disputes concerning the implementation of this Order prior to the physical transfer of the case file.

2