## <u>CERTIFICATE OF SERVICE</u>

I, Matthew B. Goeller, certify that on this 2nd day of March, 2026, I caused the foregoing to be filed and served by File & ServeXpress upon all counsel of record.

*/s/ Matthew B. Goeller*
Matthew B. Goeller (No. 6283)