**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| Urban Red LLC, | )   Case No. 26-10283-KBO |
| | ) |
| | ) |
| Debtor. | )   Chapter 11 |
| | ) |

**SUPPLEMENT TO MOTION OF ENDGAME HOLDINGS, LLC TO TRANSFER
VENUE OF AFFILIATED CASE TO THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

Endgame Holdings, LLC ("Endgame"), by and through undersigned counsel, respectfully provides this supplement ("the "Supplement"") to its motion for entry of an order transferring venue of the above-captioned bankruptcy case of Urban Red LLC ("Urban Red") to the United States Bankruptcy Court for the Eastern District of North Carolina, pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014 (the "Motion") [ECF No. 7, Case No. 26-10283-KBO].

In further support of this Supplement, Endgame represents to the Court as follows:

1.      On March 2, 2026, Endgame filed its Motion seeking to transfer the affiliated Chapter 11 case of Urban Red (the "Urban Red Case") to the Eastern District of North Carolina. In its Motion, Endgame asserted that Urban Red is (and Urban Red admits that it is) an affiliate of NecoSage, LLC ("NecoSage"). At the time, NecoSage's involuntary Chapter 7 proceeding had been pending in the Eastern District of North Carolina since February 24, 2026, before the Honorable Judge David M. Warren, Case No. 26-00822-DMW (the "NecoSage Case").

2.      On March 2, 2026, NecoSage filed a motion in the United States Bankruptcy Court for the Eastern District of North Carolina seeking to convert its pending involuntary Chapter 7 case to a case under Chapter 11. That same day, the court held a hearing on the

motion, at which Endgame indicated its consent to the requested conversion. After the hearing, the court entered orders converting the NecoSage Case from an involuntary Chapter 7 to a voluntary Chapter 11 case [ECF No. 30, Case No. 26-00822-DMW], and appointing an examiner in the Chapter 11 case [ECF No. 36, Case No. 26-00822-DMW].

3.        On March 5, 2026, in the NecoSage Case, Endgame filed both an objection to NecoSage's motion to transfer venue to this Court [ECF No. 38, Case No. 26-00822-DMW], attached hereto as **Exhibit 1**, as well as a motion to transfer venue of the Urban Red Case to the Eastern District of North Carolina [ECF No. 40, Case No. 26-00822-DMW], attached hereto as **Exhibit 2**. In each filing, Endgame asserts that, pursuant to Fed. R. Bankr. P. 1014(b),[1] because NecoSage is the "first-filed" case amongst the two affiliates, the authority to determine the appropriate venue for both the NecoSage Case and the Urban Red Case rests squarely with the United States Bankruptcy Court for the Eastern District of North Carolina.

4.        These developments reflect the active and ongoing administration of an affiliate bankruptcy case in the Eastern District of North Carolina, and further support the appropriateness of transferring venue. With NecoSage's Chapter 11 case now proceeding under the supervision of the United States Bankruptcy Court for the Eastern District of North Carolina and an examiner in place, creditors, witnesses, and professionals can participate most efficiently in a single forum.

WHEREFORE, Endgame respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit 3**, declining to proceed in the Urban Red Case until Judge Warren makes a determination of whether to transfer venue of the Urban Red Case to the Eastern District of North Carolina.

March 5, 2026                              **K&L GATES, LLP**

                                          */s/ Matthew B. Goeller*
                                          Matthew B. Goeller (No. 6283)
                                          600 N. King Street, Suite 901
                                          Wilmington, DE 19801
                                          Telephone: (302) 416-7000
                                          E-mail: matthew.goeller@klgates.com

                                          -and-

                                          A. Lee Hogewood, III (*pro hac vice forthcoming*)
                                          Gunjan D. Devnani (*pro hac vice forthcoming*)
                                          301 Hillsborough Street, Suite 1200
                                          Raleigh, North Carolina 27603
                                          Telephone: 919-743-7306
                                          E-mail:  Lee.Hogewood@klgates.com
                                          Gunjan.Devnani@klgates.com

                                          *Counsel for Endgame Holdings, LLC*

---

[1] Fed. R. Bankr. P. 1014(b) provides that "[t]he court in the district where the first petition is filed may determine the district or districts in which the cases should proceed in the interests of justice or for the convenience of the parties."

3