**<u>Exhibit 3</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                     )
                                           )
Urban Red LLC,                             )          Case No. 26-10283-KBO
                                           )
                                           )
            Debtor.                        )          Chapter 11
_____            )

### ORDER STAYING PROCEEDINGS PENDING VENUE DETERMINATION

Upon Consideration of the motion of Endgame Holdings, LLC ("Endgame") to transfer venue of the above-captioned affiliated case to the United States Bankruptcy Court for the Eastern District of North Carolina (the "Motion") and supplement to the Motion (the "Supplement"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and Supplement being a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation and for good cause shown;

It is hereby ORDERED that:

1)      Pursuant to Fed. R. Bankr. P. 1014(b), all proceedings in this Chapter 11 case are stayed pending a determination by the United States Bankruptcy Court for the Eastern District of North Carolina as to whether venue of this case should be transferred to that court.

2)      This Court shall retain jurisdiction to interpret and enforce this Order.