**CERTIFICATE OF SERVICE**

I, Matthew B. Goeller, certify that on this 5th day of March, 2026, I caused the foregoing

was electronically filed and served via CM/ECF on all registered users.


*/s/ Matthew B. Goeller*
Matthew B. Goeller (No. 6283)