# <u>EXHIBIT A</u>

**Subject:** Fwd: Pending Cases
**Date:** Saturday, March 7, 2026 at 7:16:01 PM Eastern Standard Time
**From:** ALBERT KIRCHHEIN
**To:** Ainsley Moloney, Maria Sawczuk
**CC:** Harley Goldstein, Douglas T. Tabachnik

All, as you are aware, subsequent to the email below, I continued discussions with the proposed DIP lender (its counsel is copied on this email) to ensure I pursued every attempt to resuscitate the DIP financing. I've been unsuccessful, and we're at the point where further discussions will not bear fruit. As I understand it, the obstacles are the uncertainty of the process and forum reinforced by the original entry of the TRO without any notice to the borrower, the additional fees the DIP lender would need to fund for an examiner without limitations on the scope of his investigation, the uncertainty of the timetable (or length) of the DIP loan and therefore the amount that the DIP lender would need to fund (since the Debtor and its affiliates lack cash and are losing money), and the comment I conveyed to them that the judge made while I was sitting in court that "that's not gonna happen" (during Endgame's lawyers opening remarks and less than 5 minutes into the last hearing, even though the hearing on venue hasn't occurred yet). Accordingly, please proceed with filing the pleadings to convert to chapter 7.

Best regards, Al

Sent from my iPhone

Begin forwarded message:

> **From:** Albert Kirchhein
> **Date:** March 5, 2026 at 9:29:22AM EST
> **To:** Harley Goldstein, Ainsley Moloney, Maria Sawczuk, Farooq Cheema, Brett Walter, Douglas T. Tabachnik, David Moore, ReBiz Legal, Tariq Khan
> **Subject: Pending Cases**
>
> All:
>
> Given that the proposed DIP lender has now declined, in light of the events that have transpired since the filing of the involuntary petition, to agree to fund amounts for the Debtors to reach the closing of a sale of the Debtors' assets (and no other source of funding is available), I have instructed the Debtors' counsel to file motions today to convert both the NecoSage chapter 11 case pending in North Carolina and the Urban Red chapter 11 case pending in Delaware to chapter 7 cases.
>
> Best regards, Al
>
> Sent from the all new AOL app for iOS