**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| URBAN RED LLC,[1] | ) | Case No. 26-10283 (KBO) |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 7**

Upon consideration of the motion filed by the above-captioned debtor-in-possession (the "*Debtor*") to convert the Debtor's Chapter 11 bankruptcy case (the "*Bankruptcy Case*") to Chapter 7 of title 11 the United States Code (the "*Bankruptcy Code*"); the Court having jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334; this being a core proceeding under 28 U.S.C. § 157(b); venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court finding that the notice provided herein is adequate and appropriate under the circumstances;

**IT IS HEREBY ORDERED THAT:**

1.   The Debtor's motion to convert the Bankruptcy Case to Chapter 7 of the Bankruptcy Code is granted, and accordingly, this case is hereby converted to Chapter 7.

2.   This order shall be effective immediately upon its entry.

---

[1]   The last four digits of the Debtor's federal tax identification number is 1278, and the location of the Debtor's principal place of business and business address is 8 The Green, Suite R, Dover, DE, 19901.