**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| URBAN RED LLC[1], | ) | Case No. 26-10283 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above captioned case.

Natasha Songonuga, Esq.
Archer & Greiner, PC
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
(302) 777-6632
nsongonuga@archerlaw.com

The Subchapter V trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: March 9, 2026

**ANDREW R. VARA**
**UNITED STATES TRUSTEE, REGIONS 3 AND 9**

By:   /s/ Hannah McCollum
Hannah McCollum, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (202) 573-3275
E-Mail: hannah.mccollum@usdoj.gov

---

[1] The last four digits of the Debtor's federal tax identification number are 1278. The Debtor's principal place of business is 8 The Green, Suite R, Dover, DE 19901.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| | ) |
| URBAN RED LLC[1], | ) Case No. 26-10283 (KBO) |
| | ) |
| Debtor. | ) |
| | ) |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $450.00, as well as for one or more paralegals to assist me at an hourly rate of $185, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Date: April 9, 2025

s/ Natasha Songonuga
Natasha Songonuga, Esq.
Archer & Greiner, PC
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
(302) 777-6632
nsongonuga@archerlaw.com

---

[1] The last four digits of the Debtor's federal tax identification number are 1278. The Debtor's principal place of business is 8 The Green, Suite R, Dover, DE 19901.