**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| URBAN RED LLC,[1] | Case No. 26-10283 (KBO) |
| Debtor. | Related to Docket No. 9 |

**MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE PERIOD IN CONNECTION WITH DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 7**

The above-captioned debtor and debtor-in-possession (the "*Debtor*"), by and through its undersigned proposed counsel, hereby moves this Court (the "*Motion*"), pursuant to sections 105 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "*Bankruptcy Code*"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Rule 9006-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "*Local Rules*"), for entry of an order shortening the notice and objection periods in connection with the *Debtor's Motion to Convert Case to Chapter 7* [Docket No. 9] (the "*Motion to Convert*")[2] and setting the hearing for the Motion to Convert at the convenience of the Court.

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b), and the Debtor consents, pursuant to Local Rule 9013-1(f), to the entry of a final order

---

[1] The last four digits of the Debtor's federal tax identification number are 1278, and the location of the Debtor's principal place of business and business address is 8 The Green, Suite R, Dover, DE, 19901.

[2] Undefined capitalized terms used herein shall have the meanings ascribed to them in the Motion to Convert.

by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1.

## BACKGROUND

4.      The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "*Delaware Court*") on March 1, 2026.

5.      As noted in the Motion to Convert, this Court may convert this case to Chapter 7 *sua sponte*, even absent a motion of the Debtor or prior notice to any party. *See In re 266 Washington Assocs.*, 141 B.R. 275, 288-89 (Bankr. E.D.N.Y., aff'd sub nom. *In re Washington Assocs.*, 147 B.R. 827 (E.D.N.Y. 1992), *see also In re Rosson*, 545 F.3d 767, 771 n.8 (9th Cir. 2008) ("Although the statute provides for conversion 'on request of a party. . . or the . . . trustee,' . . . , there is no doubt that the bankruptcy court may also convert on its own motion. *See Id* §105(a) . . . ."); *Finney v. Smith (In re Finney)*, 992 F.2d 43, 45 (4th Cir.1993) ("A bankruptcy court may act under § 1112(b) on the motion of a party in interest or *sua sponte* as 'necessary and appropriate' under § 105."); *In re Congoleum, Corp.*, 414 B.R. 44, 60 (D.N.J. 2009); *Argus Group 1700, L.P. v. Steinman (In re Argus Group 1700, L.P.)*, 206 B.R. 757(E.D. Pa. 1997).

## RELIEF REQUESTED AND BASIS FOR RELIEF

6.      By this Motion, the Debtor seeks the entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, (i) setting an expedited hearing and shortening notice with

respect to the relief requested in the Motion to Convert so that it may be heard expeditiously at the convenience of the Court.

7. Under Local Rule 9006(c)(1), motions generally require fourteen (14) days' notice preceding a hearing on the motion.

8. However, Section 105(a) of the Bankruptcy Code provides that "the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Further, Bankruptcy Rule 9006(d) permits a court to fix any period of notice by order, and Local Rule 9006-1(e) also specifically provides for shortened notice when sought by motion. Thus, the Court has broad latitude to fix the time for presentment of motions, particularly when "necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

9. As noted in the Motion to Convert, given the lack of capital to operate (much less to sustain the administrative costs of Chapter 11) absent immediate and adequate debtor-in-possession financing, the Debtors are rendered administratively insolvent, and therefore, it will be in the best interest of the estate to convert as expeditiously as possible.

10. Furthermore, no party-in-interest will be prejudiced by the Court entering the relief sought by this Motion, as there have not been any first-day motions or hearings related to this case.

### Notice

11. The Debtor will provide notice of this Motion to: (a) the Office of the United States Trustee for the District of Delaware; (b) the Subchapter V Trustee; and (b) all parties that have timely filed appearances pursuant to Bankruptcy Rule 2002.

12. The United States Trustee's Office and the Subchapter V Trustee have been separately notified of this Motion and have no objections.

13.     Accordingly, for the reasons set forth above and in the Motion to Convert, cause exists to consider the Motion to Convert on an expedited basis.

**WHEREFORE**, the Debtor respectfully requests that the Court enter the Proposed Order, granting the relief requested herein and such further relief as may be just and proper under the circumstances.

Dated: March 10, 2026                                    Respectfully submitted,

**GOLDSTEIN & MCCLINTOCK, LLLP**

By: */s/ Aaron R. Harburg*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
Aaron R. Harburg (DE Bar ID 7207)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com
aaronh@goldmclaw.com

*Counsel for the Debtor and Debtor-in-Possession*