# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| URBAN RED LLC,[1] | Case No. 26-10283 (KBO) |
| Debtor. | Related to Docket Nos. 9 & ___ |

**ORDER SHORTENING NOTICE PERIOD IN CONNECTION WITH DEBTOR'S**
**MOTION TO CONVERT CASE TO CHAPTER 7**

Upon the motion (the "*Motion*") filed by the above-captioned debtor and debtor-in-possession (the "*Debtor*"), for entry of an order shortening the notice and objection period in connection with the *Debtor's Motion to Convert Case to Chapter 7* [Docket No. 9] (the "*Motion to Convert*")[2] ; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court finding that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that the Court may enter a final order consistent with Article III of the United States Constitution; that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion; and the Court finding that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and the Court finding that cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the

---

[1] The last four digits of the Debtor's federal tax identification number are 1278, and the location of the Debtor's principal place of business and business address is 8 The Green, Suite R, Dover, DE, 19901.

[2] Undefined capitalized terms used herein shall have the meanings ascribed to them in the Motion or the Motion to Convert.

Motion and all of the proceedings had before the Court in connection with the Motion, it is hereby

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.     The Motion is GRANTED as set forth herein.

2.     The hearing on the Motion to Convert will be held on

_____, 2026 at _____ (Eastern Time) at the United States

Bankruptcy Court for the District of Delaware 824 North Market Street, 6th Floor,

Courtroom 3, Wilmington, DE 19801.

3.     Any response or objection to the relief requested in the Motion shall be filed by

_____, 2026 at 4:00 p.m. (Eastern Time).

4.     This Court shall retain jurisdiction with respect to all matters arising from or

relating to the interpretation or implementation of this Order.