**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491**

ANDREW R. VARA                    JOSEPH J. McMAHON, JR.
UNITED STATES TRUSTEE             ASSISTANT U.S. TRUSTEE

---

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY
COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors
for the following case:

**DEBTOR**:        **Urban Red LLC**

**CASE NO:**       **26-10283 (KBO)**

**DATE:**          **April 9, 2026**

**TIME:**          **9:30 a.m.**

**LOCATION**:      **J. Caleb Boggs Federal Building**
                   **844 King Street**
                   **3rd Floor, Room 3209**
                   **Wilmington, DE 19801**
                   **The 341 meeting will be held via Zoom**

By: */s/ Jane M. Leamy*
Jane M. Leamy, Trial Attorney

Dated: March 12, 2026

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003,
FEDERAL RULES OF BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE
REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:   Maria Sawczuk, Esquire (Debtor's counsel)