# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Stephen L Grant
*Clerk of Court*

**To: Goldstein & McClintock LLLP**
**501 Silverside Road**
**Suite 65**
**Wilmington, DE 19809**

**RE:** *26–10283 Urban Red LLC*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above–mentioned case is to be scheduled on **4/9/2026** at **9:30 a.m.** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Stephen L Grant, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before 3/19/2026 and file the Notice and Certificate of Service with the Court no later than 3/26/2026.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281–1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101–7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date:  3/13/26

Stephen L Grant, *Clerk of Court*

(VAN–472)