# Notice Recipients

| District/Off: 0311–1 | User: admin | Date Created: 3/13/2026 |
|---|---|---|
| Case: 26–10283–KBO | Form ID: van472 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
|---|---|---|
| aty | Aaron Harburg | aaronh@goldmclaw.com |
| aty | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| aty | Joseph James McMahon, Jr. | joseph.mcmahon@usdoj.gov |
| aty | Maria Aprile Sawczuk | marias@goldmclaw.com |
| aty | Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | Urban Red LLC | 502 Creek Ct | Vienna, VA 22180 |
|---|---|---|---|

TOTAL: 1