**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| Urban Red LLC, | Case No. 26-10283-KBO |
| Debtor. | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUESTS FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel for Endgame Holdings, LLC ("Endgame") enter their appearance and such counsel request that notice of all papers, including but not limited to orders, reports, pleadings, motions, applications or petitions, requests, disclosure statements, answer and reply papers, and notice of all hearings or other proceedings, whether transmitted by mail, hand-delivery, telephone, telegraph, telex, facsimile or otherwise, relating to any issue which may be raised in the above-captioned case be sent to:

| | |
|---|---|
| Robert K. Beste | A. Lee Hogewood III |
| K&L Gates LLP | K&L Gates LLP |
| 600 N. King Street | 301 Hillsborough Street |
| Suite 901 | Suite 1200 |
| Wilmington, DE 19801 | Raleigh, NC 27603 |
| Tel: (302) 416-7040 | Tel: (919) 743-7306 |
| Fax: (302) 416-7020 | Fax: (919) 345-0705 |
| Email: robert.beste@klgates.com | Email: lee.hogewood@klgates.com |
| | |
| Matthew B. Goeller | Gunjan D. Devnani |
| K&L Gates LLP | K&L Gates LLP |
| 600 N. King Street | 301 Hillsborough Street |
| Suite 901 | Suite 1200 |
| Wilmington, DE 19801 | Raleigh, NC 27603 |
| Tel: (302) 416-7082 | Tel: (919) 831-7053 |
| Fax: (302) 416-7020 | Fax: (919) 345-0705 |
| Email: matthew.goeller@klgates.com | Email: gunjan.devnani@klgates.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that: affect or seek to affect in any way the rights or interests of Endgame, or any other party-in-interest in this proceeding; or require or prohibit, or seek to require or prohibit, any act, delivery of any property, payment or other conduct by Endgame or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Endgame to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this proceeding, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated: March 13, 2026

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Robert K. Beste (No. 3931)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7082
matthew.goeller@klgates.com

*Attorney for Endgame Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I, Matthew Goeller, certify on this 13th day of March 2026, that I caused a copy of the forgoing *Notice of Appearance and Request for Service of Papers* to be served on those persons receiving notice through CM/ECF.

*/s/ Matthew B. Goeller*
Matthew B. Goeller (No. 6283)