**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| Urban Red LLC, | Case No. 26-10283-KBO |
| Debtor. | Chapter 11 |

**ENDGAME HOLDINGS, LLC'S RESPONSE TO**
**DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 7**

Endgame Holdings, LLC ("Endgame"), by and through undersigned counsel, respectfully submits this response to the *Debtor's Motion to Convert Case to Chapter 7* (the "Motion") [Dkt. No. 9], and respectfully states as follows:

1.    A motion to transfer venue of this case is currently pending before the United States Bankruptcy Court for the Eastern District of North Carolina (the "Transfer Motion"), Case No. 26-00822-DMW, and is scheduled to be heard on March 18, 2026, at 1:00 p.m. (ET). In light of the pending venue determination, Endgame respectfully requests that this Court defer any ruling on the Motion until the bankruptcy court for the Eastern District of North Carolina has ruled on the Transfer Motion.

2.    If the case is transferred, the transferee court would be best positioned to determine whether conversion is appropriate and, if so, oversee the administration of this case going forward.

3.    Subject to the foregoing, and without prejudice to a contrary position should this case be transferred, Endgame does not oppose conversion of this case to chapter 7.

WHEREFORE, Endgame respectfully requests that the Court defer ruling on the Motion until the United States Bankruptcy Court for the Eastern District of North Carolina has ruled on the Transfer Motion.

Dated: March 17, 2026          **K&L GATES LLP**

*/s/ Matthew B. Goeller*
Robert K. Beste (No. 3931)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
robert.beste@klgates.com
matthew.goeller@klgates.com

-and-

A. Lee Hogewood, III (*pro hac vice*)
Gunjan D. Devnani (*pro hac vice*)
K&L Gates LLP
301 Hillsborough Street, Suite 1200
Raleigh, North Carolina 27603
Telephone: 919-743-7306
Lee.Hogewood@klgates.com
Gunjan.Devnani@klgates.com

*Attorneys for Endgame Holdings, LLC*