

**SO ORDERED.**

**SIGNED this 18 day of March, 2026.**

**David M. Warren**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NecoSage, LLC, | ) | Case No. 26-00822-DMW |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**ORDER GRANTING MOTION TO TRANSFER VENUE OF AFFILIATED CASE TO
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF
NORTH CAROLINA**

Upon Consideration of the motion (the "Motion") of Endgame Holdings, LLC ("Endgame") to transfer venue of the Chapter 11 case of Urban Red LLC, Case No. 26-10283-KBO, from the United States Bankruptcy Court for the District of Delaware to the United States Bankruptcy Court for the Eastern District of North Carolina, pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014, after due notice and a hearing; and the Court having found that (i) the relief requested in the Motion is in the interest of justice and for the convenience of the parties pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014, (ii) the Eastern District of North Carolina is the appropriate venue for administration of the affiliated case, and (iii) good and sufficient cause exists for the relief granted herein;

It is hereby ORDERED that:

1)       The Motion is GRANTED as set forth herein;

2)       The Chapter 11 case of Urban Red LLC, Case No. 26-10283-KBO, is to be transferred to the United States Bankruptcy Court for the Eastern District of North Carolina from the United States Bankruptcy Court for the District of Delaware;

3)       All deadlines in the Chapter 11 case of Urban Red LLC, Case No. 26-10283-KBO, are tolled until further order of this Court; and

4)       The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, enforcement, and implementation of this Order.

END OF DOCUMENT