**PlnDue, Subchapter_V, TRANSOUT**

### U.S. Bankruptcy Court
### District of Delaware (Delaware)
### Bankruptcy Petition #: 26−10283−KBO

*Date filed:* 03/01/2026
*Assigned to:* Chief Bankruptcy Jud Karen B Owens
*341 meeting:* 04/09/2026
Chapter 11
*Deadline for filing claims:* 04/30/2026
Voluntary
*Deadline for filing claims (govt.):* 08/28/2026
Asset
Claims Register

| | |
|---|---|
| ***Debtor*** | represented by **Aaron Harburg** |
| **Urban Red LLC** | Goldstein & McClintock LLLP |
| 502 Creek Ct | 501 Silverside Road |
| Vienna, VA 22180 | Ste 65 |
| FAIRFAX−VA | Wilmington, DE 19809 |
| Tax ID / EIN: 92−3201278 | 302−404−3701 |
| | Email: aaronh@goldmclaw.com |
| | |
| | **Maria Aprile Sawczuk** |
| | Goldstein & McClintock LLLP |
| | 501 Silverside Road |
| | Suite 65 |
| | Wilmington, DE 19809 |
| | 302−444−6710 |
| | Fax : 302−444−6709 |
| | Email: marias@goldmclaw.com |
| | |
| ***Trustee*** | |
| **Natasha M. Songonuga** | |
| Archer & Greiner, P.C. | |
| 300 Delaware Ave | |
| Suite 1100 | |
| Wilmington, DE 19801−1670 | |
| 302−777−4350 | |
| | |
| ***U.S. Trustee*** | represented by **Timothy Jay Fox, Jr.** |
| **U.S. Trustee** | Office of the United States Trustee |
| Office of the United States Trustee | U. S. Department of Justice |
| J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 |
| 844 King Street, Suite 2207 | Lockbox #35 |
| Lockbox 35 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | 302−573−6491 |
| (302)−573−6491 | Fax : 302−573−6497 |
| | Email: timothy.fox@usdoj.gov |
| | |
| | **Jane M. Leamy** |
| | Office of the U.S. Trustee |
| | 844 King St. |
| | Suite 2207 |
| | Wilmington, DE 19801 |
| | 302−573−6491 |
| | Fax : 302−573−6497 |

Email: jane.m.leamy@usdoj.gov

**Joseph James McMahon, Jr.**
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302−573−6491
Fax : 302−573−6497
Email: joseph.mcmahon@usdoj.gov

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 03/01/2026 | | 1 | Chapter 11 Voluntary Petition . Fee Amount $1738. Filed by Urban Red LLC. Chapter 11 Plan Small Business Subchapter V Due by 06/1/2026. (Sawczuk, Maria) (Entered: 03/01/2026) |
| 03/01/2026 | | 2 | Receipt of filing fee for Voluntary Petition (Chapter 11)( 26−10283) [misc,volp11a] (1738.00). Receipt Number A12582543, amount $1738.00. (U.S. Treasury) (Entered: 03/01/2026) |
| 03/01/2026 | | 3 | List of Creditors Holding 20 Largest Unsecured Claims Filed by Urban Red LLC. (Sawczuk, Maria) (Entered: 03/01/2026) |
| 03/01/2026 | | 4 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by Urban Red LLC. (Sawczuk, Maria) (Entered: 03/01/2026) |
| 03/01/2026 | | 5 | List of Creditors Filed by Urban Red LLC. (Sawczuk, Maria) (Entered: 03/01/2026) |
| 03/01/2026 | | | Judge Karen B Owens added to case (SJS) (Entered: 03/01/2026) |
| 03/02/2026 | | 6 | Exhibit(s) *to Number 17 of the Chapter 11 Voluntary Petition* (related document(s)1) Filed by Urban Red LLC. (Harburg, Aaron) (Entered: 03/02/2026) |
| 03/02/2026 | | 7 | Motion to Change Venue/Inter−district Transfer *of Affiliated Case to the United States Bankruptcy Court for the Eastern District of North Carolina* Filed by Endgame Holdings, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B− Proposed Order # 3 Certificate of Service) (Goeller, Matthew) (Entered: 03/02/2026) |
| 03/03/2026 | | | Filed by U.S. Trustee. (Fox, Timothy) (Entered: 03/03/2026) |
| 03/03/2026 | | | Filed by U.S. Trustee. (McMahon, Joseph) (Entered: 03/03/2026) |
| 03/06/2026 | | 8 | Supplemental Motion to Change Venue/Inter−district Transfer *Venue of Affiliated Case to the United States Bankruptcy Court for the Eastern District of North Carolina* Filed by Endgame Holdings, LLC. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 – Proposed Order # 4 Certificate of Service) (Goeller, Matthew) (Entered: 03/06/2026) |
| 03/08/2026 | | 9 | Motion to Convert Chapter 11 Case to a Case Under Chapter 7. Fee Amount $15. Filed by Urban Red LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Harburg, Aaron) (Entered: 03/08/2026) |
| 03/08/2026 | | 10 | |

| | | | |
|---|---|---|---|
| | | | Receipt of filing fee for Motion to Convert Case 11 to Chapter 7 (B)( 26–10283–KBO) [motion,mcn11to7] ( 15.00). Receipt Number A12590618, amount $ 15.00. (U.S. Treasury) (Entered: 03/08/2026) |
| 03/09/2026 | | 11 | Notice of Appointment of Subchapter V Trustee *Natasha Songonuga, Esq., and Subchapter V Trustee's Verified Statement of Disinterestedness*. Filed by Urban Red LLC. (McCollum, Hannah) (Entered: 03/09/2026) |
| 03/09/2026 | | | Natasha M. Songonuga added to case (JMC) (Entered: 03/09/2026) |
| 03/10/2026 | | | Filed by U.S. Trustee. (Leamy, Jane) (Entered: 03/10/2026) |
| 03/10/2026 | | 12 | Motion to Shorten *Notice Period in Connection with Debtor's Motion to Convert Case to Chapter 7* (related document(s)9) Filed by Urban Red LLC. (Attachments: # 1 Exhibit A) (Harburg, Aaron) (Entered: 03/10/2026) |
| 03/11/2026 | | 13 | Notice of Hearing *Regarding Debtor's Motion to Convert Case to Chapter 7* (related document(s)9) Filed by Urban Red LLC. Hearing scheduled for 3/24/2026 at 01:30 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 3/17/2026. (Attachments: # 1 Certificate of Service) (Harburg, Aaron) (Entered: 03/11/2026) |
| 03/12/2026 | | 14 | Request of US Trustee to Schedule Section 341 Meeting of Creditors *April 9, 2026 at 9:30 a.m.* Filed by U.S. Trustee. (Leamy, Jane) (Entered: 03/12/2026) |
| 03/12/2026 | | 15 | The upcoming 341(a) meeting is scheduled to be held by Zoom. To join the meeting: Meeting ID: *160 4778 8988* ; Passcode: *5175495401* ; Phone: *1 669 254 5252*. Filed by U.S. Trustee. (Leamy, Jane) (Entered: 03/12/2026) |
| 03/13/2026 | | 16 | WITHDRAWN – ENTERED IN ERROR Notice to Counsel Regarding Scheduling of 341 Meeting (related document(s)14, 15) (JMC)Modified on 3/16/2026 (JMC). (Entered: 03/13/2026) |
| 03/13/2026 | | 17 | Notice of Appearance. Filed by Endgame Holdings, LLC. (Goeller, Matthew) (Entered: 03/13/2026) |
| 03/13/2026 | | | Attorney Robert K. Beste, III and Matthew B. Goeller for Endgame Holdings, LLC, A. Lee Hogewood, III and Matthew B. Goeller for Endgame Holdings, LLC, Matthew B. Goeller and Matthew B. Goeller for Endgame Holdings, LLC, Gunjan D. Devnani and Matthew B. Goeller for Endgame Holdings, LLC added to case Filed by Endgame Holdings, LLC. (Goeller, Matthew) (Entered: 03/13/2026) |
| 03/15/2026 | | 18 | BNC Certificate of Mailing. (related document(s)16) Notice Date 03/15/2026. (Admin.) (Entered: 03/16/2026) |
| 03/16/2026 | | 19 | Corrective Entry – Incorrect 341 Notice Sent (related document(s)16) (JMC) (Entered: 03/16/2026) |
| 03/16/2026 | | 20 | Meeting of Creditors Chapter 11 – Corporation 341(a) meeting to be held on 4/9/2026 at 09:30 AM at J. Caleb Boggs Federal Building, 844 King St., Room 3209, Wilmington, Delaware. Objection 523 due by 6/8/2026. Proofs of Claims due by 4/30/2026. Government Proof of Claim due by 8/28/2026. (related document(s)14, 15) (JMC) (Entered: 03/16/2026) |

| 03/16/2026 | | 21 | Motion to Appear pro hac vice *of A. Lee Hogewood III, Esq.*. Receipt Number 4924387, Filed by Endgame Holdings, LLC. (Goeller, Matthew) (Entered: 03/16/2026) |
|---|---|---|---|
| 03/16/2026 | | 22 | Motion to Appear pro hac vice *of Gunjan D. Devnani, Esq.*. Receipt Number 4924387, Filed by Endgame Holdings, LLC. (Goeller, Matthew) (Entered: 03/16/2026) |
| 03/17/2026 | | 23 | Order Granting Motion for Admission pro hac vice A. Lee Hogewood III, Esquire (Related Doc # 21) Order Signed on 3/17/2026. (CEB) (Entered: 03/17/2026) |
| 03/17/2026 | | 24 | Order Granting Motion for Admission pro hac vice of Gunjan D. Devnani, Esquire (Related Doc # 22) Order Signed on 3/17/2026. (CEB) (Entered: 03/17/2026) |
| 03/17/2026 | | 25 | Response *to Debtor's Motion to Convert Case to Chapter 7* (related document(s)9) Filed by Endgame Holdings, LLC (Attachments: # 1 Certificate of Service) (Goeller, Matthew) (Entered: 03/17/2026) |
| 03/18/2026 | | 26 | BNC Certificate of Mailing – Meeting of Creditors. (related document(s)20) Notice Date 03/18/2026. (Admin.) (Entered: 03/19/2026) |
| 03/19/2026 | | 27 | Exhibit(s) Copy of Order Granting Motion to Transfer Venue of This Affiliated Case to the US Bankruptcy Court for the Eastern District of North Carolina Raleigh Division. Signed by Judge Warren, dtd: 3.18.26. (related document(s)1) Filed by . (KR) (Entered: 03/19/2026) |