**VAN–008** Notice Rescheduling 341 Meeting of Creditors – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Urban Red LLC
*( debtor has no known aliases )*
502 Creek Ct
Vienna, VA 22180

TaxID: 92–3201278

CASE NO.: 26–01256–5–DMW

DATE FILED: March 1, 2026

CHAPTER: 11

### NOTICE RESCHEDULING 341 MEETING OF CREDITORS

NOTICE  IS HEREBY GIVEN that the section 341 meeting of creditors for Urban Red LLC is rescheduled to take place on:

DATE:      Monday, April 13, 2026
TIME:      10:00 AM
PLACE:     300 Fayetteville Street, Suite 130, Raleigh, NC 27601

DATED: March 19, 2026

Stephanie J. Butler
Clerk of Court