**VAN–006** Order Appointing Interim Trustee and Approving Standing Bond – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Urban Red LLC
502 Creek Ct
Vienna, VA 22180

CASE NO.: 26–01256–5–DMW

DATE FILED: March 1, 2026

TaxID: 92–3201278

CHAPTER: 7

ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Kevin Sink
Waldrep Wall Babcock & Bailey, PLLC
3600 Glenwood Avenue
Suite 210
Raleigh, NC 27612

DATED: March 20, 2026

David M. Warren
United States Bankruptcy Judge