**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                             CHAPTER 7

**URBAN RED LLC**                                   **26-01256-5-DMW**

       **Debtor.**

**MOTION TO EXTEND DEADLINE FOR FILING PROOF OF CLAIMS**

NOW COMES Kevin L. Sink, Chapter 7 Trustee ("Trustee") for Urban Red, LLC ("Debtor") by and through undersigned counsel, pursuant to 11 U.S.C. §§105 and 501 Bankruptcy Rules 3001 and 3002, and hereby files this Motion to Extend Deadline for Filing Proof of Claims ("Motion"). In support of the Motion, the Trustee respectfully shows the Court as follows:

1.      On March 1, 2026 ("Petition Date"), Urban Red LLC ("Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the District of Delaware.

2.      On March 18, 2026, the United States Bankruptcy Court for the Eastern District of North Carolina ("Court") entered an Order Granting Motion to Transfer Venue of Affiliated Case to the United States Bankruptcy Court for the Eastern District of North Carolina [DE 27].

3.      On March 20, 2026, the Court entered an Order Granting Motion to Convert Case to Chapter 7, which converted this case from chapter 11 to chapter 7 ("Conversion Order").

4.      On March 20, 2026, the Court entered an Order Appointing Interim Trustee and Approving Standing Bond [DE 33] ("Trustee Appointment Order").

5.    On March 20, 2026, this Court entered the Official Form 309D Notice of Chapter 7 Bankruptcy Case—Proof of Claim Deadline Set [DE 32] ("POC Notice") setting the deadline for filing a proof of claim for May 29, 2026 ("POC Deadline").

6.    The creditor body in this case includes a number of investors/creditors who are owed money in connection with their involvement with the Debtor as well as the related entities of the Debtor. Since the commencement of this case, the Trustee has had multiple calls and correspondence with possible creditors and such parties have cooperated with the Trustee in providing information necessary for the Trustee to understand the operations of the Debtor and the creditors' claims.

7.    Based on the different jurisdictions, the nature of this case and after consultation with the Bankruptcy Administrator, the Trustee believes it is in the best interest of the estate and the creditors to extend the POC Deadline for approximately forty-five (45) days, specifically to July 13, 2026[1].

8.    The Trustee is still investigating assets and causes of action belonging to the Debtor and is not in a position to make a distribution to creditors in the near future.  Accordingly, the requested extension of the POC Deadline will not delay the administration of this bankruptcy estate.  Such requested extension is also supported by cause and the interests of justice.

9.    For clarity and to avoid confusion, the Trustee also requests that any Order extending the POC Deadline make it clear to all creditors and parties in interests that a creditor must file a formal proof of claim pursuant to the POC Notice and the informal delivery of documents or information to the Trustee or any other party does not constitute the filing of a formal proof of claim.

---

[1] The Trustee has filed a similar motion in the related Chapter 7 Bankruptcy Case, NecoSage, LLC (Case No. 26-822-5-DMW), and requests that both POC Deadlines be extended to July 13, 2026.

10.    Because of the relief requested herein, the Trustee does not believe that any notice of this motion is required.  The Trustee intends to serve any Order granting this Motion upon the entire creditor matrix.

11.    The Bankruptcy Administrator has authorized the Trustee to represent to the Court that it supports the relief requested in this Motion.

WHEREFORE, the Trustee requests that the Court enter an Order (i) extending the deadline for creditors to file proofs of claims for a period of forty-five (45) days, up to and including July 13, 2026; (ii) providing that a creditor must file a formal proof of claim pursuant to the POC Notice and that the informal delivery of documents or information to the Trustee or any other party does not constitute the filing of a formal proof of claim; and (iii) granting such other and further relief as the Court deems just and appropriate.

This is the 23rd date of April 2026.

**WALDREP WALL BABCOCK & BAILEY PLLC**
*s/Kevin L. Sink*
Kevin L. Sink (NC State Bar No. 21041)
3600 Glenwood Avenue, Suite 210
Raleigh, NC 27612
Telephone: (919)589-7985
Email: ksink@waldrepwall.com
*Attorneys for Chapter 7 Trustee*

**<u>CERTIFICATE OF SERVICE</u>**

It is hereby certified that the foregoing **MOTION TO EXTEND PROOF OF CLAIM DEADLINE** was served this day by CM/ECF electronic e-mail service, regular U.S. mail, and email as follows:

*VIA CM/ECF EMAIL*
Brian Behr
*Bankruptcy Administrator*

Aaron Harburg
Maria Aprile Sawczuk
*Attorneys for Debtor*

*Via U.S. Mail*
Urban Red LLC
502 Creek Ct.
Vienna, VA 22180

This 23rd day of April 2026.

s/Kevin L. Sink
Kevin L. Sink
N.C. State Bar No. 21041
Waldrep Wall Babcock & Bailey, PLLC
3600 Glenwood Avenue, Suite 210
Raleigh, NC  27612
Telephone:  919-589-7985
Email:  ksink@waldrepwall.com
Attorneys for Chapter 7 Trustee